**Opinion issued April 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00300-CV**

———————————

**IN RE SEYTH BOARDMAN AND SHAWNA BOARDMAN, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Seyth Boardman and Shawna Boardman, filed a petition for writ of mandamus challenging the April 16, 2024 "Amended Order Appointing Special Master" entered by the 11th District Court of Harris County, Texas (the "MDL court").[1]  Relators' mandamus petition asserted that the MDL court's order

---

[1]  On December 7, 2021, the Administrative Judge of the Civil Trial Division for the Harris County District Courts Board of Judges–Civil Division, entered an "Order Creating Special Docket for Astroworld Festival Cases."  In this order, the Administrative Judge ordered that "all cases filed . . . for damages and injuries arising out of, or related to, the 'Astroworld Festival' that took place on or about

appointing a special master amounted to an abuse of discretion for which they lack an adequate appellate remedy.[2]  Relators therefore requested "that this Court grant their petition for a writ of mandamus and issue [a] writ compelling the MDL court to vacate its order appointing a special master."

Our review of relators' mandamus petition reflects that relators have not established that they are entitled to mandamus relief.  Accordingly, we deny relators' petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

November 5, 2021, outside of NRG Park," in Houston, Texas, would be "consolidate[d] to a special docket."  The Administrative Judge further appointed the 11th District Court of Harris County "to preside over the special docket" relating to the "Astroworld Festival."  Harris Cnty. Dist. Courts Bd. Of Judges – Civil Division, *Order Creating Special Docket for Astroworld Festival Cases*, Case No. 2021-79885 (Dec. 7, 2021).

[2]   The underlying case is *In re Astroworld Festival Litigation*, Master Docket Case No. 2021-79885, in the 11th District Court of Harris County, Texas, the Honorable Kristen Hawkins presiding.